**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GERALDINE S. HODGE,

        Plaintiff,

v.                                                 CV No. 19-459 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendant Andrew Saul's *Unopposed Motion for Enlargement of Time* (the "Motion"), (Doc. 19), filed November 22, 2019. After reviewing the Motion and noting it is unopposed, the Court finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **December 26, 2019**, to file a Response to Plaintiff Geraldine S. Hodge's *Motion to Remand to Agency with Supporting Memorandum*, (Doc. 15), filed September 30, 2019, and Plaintiff may have until **January 10, 2020**, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE