IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERALDINE S. HODGE,

        Plaintiff,

v.                                        CV No. 19-459 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 24), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision*, (Doc. 15), shall be **DENIED.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE